CRAIG A. GELFOUND (SBN 176378)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: craig.gelfound@arentfox.com

DANA J. FINBERG (SBN 257459)
SARA T. SCHNEIDER (SBN 298103)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: 415.757.5500
Facsimile: 415.757.5501
Email: dana.finberg@arentfox.com
       sara.schneider@arentfox.com

Attorneys for Plaintiff
Brain Injury Association of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAIN INJURY ASSOCIATION OF CALIFORNIA<br><br>Plaintiff,<br><br>v.<br><br>NAZ YARI; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.<br><br>**DECLARATION OF SARA T. SCHNEIDER IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND OSC RE PRELIMINARY INJUNCTION**<br><br>**DEMAND FOR JURY TRIAL** |

I, Sara T. Schneider, declare as follows:

1. I am an attorney licensed to practice law in the courts of the State of California and I am a member of the law firm Arent Fox, LLP, counsel for Plaintiff Brain Injury Association of California in the above-captioned matter. I have personal knowledge of the facts state herein.

2. On July 10, 2019, I caused copies of the Complaint, Ex Parte Application for Temporary Restraining Order, Expedited Discovery, and Order to Show Cause regarding Preliminary Injunction and supporting Memorandum of Points and Authorities, Proposed Order regarding Temporary Restraining Order and Expedited Discovery, Proposed Order regarding Order to Show Cause, and Declarations of Erica Chavez and Christopher Stephenson, to be emailed to Naz@powerliens.com, which I am informed, and therefore believe, is an email account owned and used by Defendant Naz Yari.

3. On July 10, 2019, at my direction, a registered process server attempted to serve the same papers on Defendant Naz Yari at her last known home address in Los Angeles, California.

4. At this time, we do not have information as to whether Ms. Yari is represented by counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 10, 2019

*[signature]*

SARA T. SCHNEIDER

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

-2-
Declaration of Sara T. Schneider ISO Ex Parte Application